Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, )
                                                    )    NO.    CR08-5852BHS
            Plaintiff,                              )
                                                    )
        v.                                          )    ORDER TO SEAL GOVERNMENT'S
                                                    )    SENTENCING MEMORANDUM
                                                    )
JAMES HORJESI,                                      )
                                                    )
            Defendant.                              )
_____ )

       Having read the Government's Motion to Seal, in the above-captioned case,

       It is hereby ORDERED that the Government's Sentencing Memorandum shall

remain under seal..

       DATED this 27th day of August 2009.


                                          _____
                                          BENJAMIN H. SETTLE
                                          United States District Judge