THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES ALLEN HOREJSI, )<br>)<br>Defendant. )<br>)<br>) | No. CR08-5852BHS<br><br>ORDER SEALING<br>DEFENDANT'S SENTENCING<br>MEMORANDUM |

**ORDER**

The Court, having reviewed defendant's Motion to Seal Defendant's Sentencing Memorandum, and the documents and files therein,

IT IS THEREFORE HEREBY ORDERED that defendant's Sentencing Memorandum shall be filed under seal.

DATED THIS 27th day of August 2009.

_____
BENJAMIN H. SETTLE
US District Court Judge

- 1
C:\DOCUME~1\gcraft\LOCALS~1\Temp\notesAFFD48\Motion to Seal - Proposed Order.doc

**Law Offices of**
**JEFFREY H. SMITH, PLLC**
**1001 Fourth Avenue, Ste.3200**
**Seattle, WA. 98154**
**(206) 340-0053**
**Fax (206) 284-9279**